# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| COHN, AVERN L. | U.S. DISTRICT COURT-MICHIGAN | 04/29/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE-SENIOR | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2018<br>**to**<br>12/31/2018 |

**7. Chambers or Office Address**

219 FEDERAL BUILDING
AND U.S. COURTHOUSE
DETROIT, MICHIGAN 48226

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/29/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. INTEL CORP COMMON STOCK | D | Dividend | N | T | | | | | |
| 2. PROCTER & GAMBLE (FORMERLY GILLETTE)COMMON STOCK | A | Dividend | K | T | | | | | |
| 3. ROYAL DUTCH PETROLEUM COMMON STOCK | D | Dividend | L | T | | | | | |
| 4. SCHLUMBERGER, LTD. COMMON STOCK | C | Dividend | L | T | | | | | |
| 5. KIMBERLY CLARKCOMMON STOCK | D | Dividend | M | T | | | | | |
| 6. WALT DISNEY CO. COMMON STOCK | C | Dividend | M | T | | | | | |
| 7. QUALCOMM INC COMMON STOCK | B | Dividend | M | T | | | | | |
| 8. BOEING CO COMMON STOCK | D | Dividend | N | T | | | | | |
| 9. ARCHER DANIELS MIDLAND COMMON STOCK | B | Dividend | L | T | | | | | |
| 10. RAYTHEON NEW COMMON STOCK | C | Dividend | M | T | | | | | |
| 11. JOHNSON & JOHNSON COPMMON STOCK | C | Dividend | M | T | | | | | |
| 12. PEPSICO COMMON STOCK | C | Dividend | M | T | | | | | |
| 13. LOCKHEED MARTIN COMMON STOCK | C | Dividend | M | T | | | | | |
| 14. ISHARES TR RUSSELL 2000 VALUE INDEX FUND | B | Dividend | L | T | | | | | |
| 15. ISHARES TR S&P MIDCAP 400/BARRA VAL FUND | D | Dividend | N | T | | | | | |
| 16. ISHARES S&P MIDCAP 400/BARRA GR IDX FUND | C | Dividend | | | Donated | | | | |
| 17. BAXTER INTL COMMON STOCK | B | Dividend | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. EMCOR GROUP INC. COMMON STOCK | A | Dividend | M | T | | | | | |
| 19. PRAXAIR INC COMMON STOCK | C | Dividend | | | Merged (with line 20) | 10/31/18 | M | G | |
| 20. LINDE PLC COMMON STOCK-AS RESULT OF MERGER OF PRAXAIR | | None | M | T | | | | | |
| 21. THE HOWARD HUGHES CORP COMMON STOCK | | None | M | T | Donated (part) | | | | |
| 22. ISHARES RUSSELL 2000 GROWTH INDX FUND | A | Dividend | K | T | | | | | |
| 23. CHUBB LTD COMMON STOCK | C | Dividend | M | T | | | | | |
| 24. IBM COMMON STOCK | C | Dividend | L | T | | | | | |
| 25. CHEMICAL FINANCIAL CORP COMMON STOCK | A | Dividend | K | T | Buy (add'l) | 08/16/18 | J | | |
| 26. GRAHAM HOLDINGS CO COMMON STOCK | A | Dividend | L | T | | | | | |
| 27. CABLE ONE INC COMMON STOCK | A | Dividend | L | T | | | | | |
| 28. CHEVRON CORP COMMON STOCK | | None | | | Sold | 01/12/18 | L | E | |
| 29. PIONEER NAT RES CO COMMON STOCK | A | Dividend | K | T | | | | | |
| 30. CELGENE CORP COMMON STOCK | | None | | | Sold | 07/20/18 | L | A | |
| 31. ISHARES MSCI EX-JAPAN INDEX FD | | None | | | Donated | | | | |
| 32. DODGE & COX INTL FUND | D | Dividend | N | T | | | | | |
| 33. ISHARES TR RUSSELL 1000 VALUE INDEX FD | D | Dividend | N | T | | | | | |
| 34. TROWE PRICE NEW ASIA FD | E | Dividend | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. PRIMECAP ODYSSEY STK FUND | B | Dividend | M | T | | | | | |
| 36. JOHN HANCOCK LARGE CAP EQUITY FUND | | None | | | Sold | 01/12/18 | N | F | |
| 37. SPDR S&P 500 TRUST | D | Dividend | | | Donated | | | | |
| 38. PIMCO INCOME FD | E | Dividend | L | T | Sold (part) | 12/31/18 | N | A | |
| 39. INVESCO CORE PLUS BOND FUND | D | Dividend | | | Sold (part) | 07/20/18 | M | A | |
| 40. | | | | | Sold | 11/26/18 | N | A | |
| 41. EATON VANCE MUN OPP FUND | D | Dividend | N | T | Sold (part) | 04/11/18 | K | B | |
| 42. HARTFORD MUN OPP FUND | D | Dividend | N | T | Sold (part) | 03/26/18 | L | B | |
| 43. | | | | | Buy (add'l) | 12/28/18 | N | | |
| 44. DEUTSCHE CROCI INTL FUND | E | Dividend | M | T | Sold (part) | 12/28/18 | N | A | |
| 45. BARON EMERGING MKTS FUND | | None | | | Sold | 11/26/18 | M | A | |
| 46. GUGGENHEIM TOTAL RETURN BOND FUND | D | Dividend | N | T | | | | | |
| 47. VIRTUS KAR MCAP CORE FUND | C | Dividend | L | T | | | | | |
| 48. TROWE PRICE INTL DISCOVERY FUND | A | Dividend | M | T | Sold (part) | 11/26/18 | M | A | |
| 49. | | | | | Buy (add'l) | 12/28/18 | M | | |
| 50. JOHN HANCOCK INTL GROWTH FD | A | Dividend | O | T | Buy (add'l) | 01/12/18 | M | | |
| 51. | | | | | Sold (part) | 11/26/18 | N | B | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 12/28/18 | O | | |
| 53. AMERICAN CENTURY EMERG MKTS FD | | None | N | T | Buy | 03/23/18 | M | | |
| 54. | | | | | Sold<br>(part) | 11/26/18 | M | A | |
| 55. | | | | | Buy<br>(add'l) | 12/28/18 | N | | |
| 56. AIM COUNSELOR SER TR | B | Dividend | N | T | Buy | 11/26/18 | N | | |
| 57. JOHN HANCOCK ETF TR MULTIFACTOR MIDCAP FD | C | Dividend | | | Buy | 11/26/18 | N | | |
| 58. | | | | | Sold | 12/28/18 | N | A | |
| 59. HARTFORD MULTIFACTOR ETF MID CAP | C | Dividend | | | Buy | 11/26/18 | O | | |
| 60. | | | | | Sold | 12/28/18 | N | A | |
| 61. TOUCHSTONE STRAT TR FD | | None | | | Buy | 11/26/18 | N | | |
| 62. | | | | | Sold | 12/31/18 | N | A | |
| 63. GOLDMAN SACHS GQG PARTNERS INTL OPPTYS FD | | None | N | T | Buy | 12/28/18 | N | | |
| 64. PRINCIPAL FDS MIDCAP FD | | None | N | T | Buy | 12/28/18 | N | | |
| 65. ALPHABET INC COMMON STOCK | | None | L | T | Buy | 07/20/18 | L | | |
| 66. APPLE INC COMMON STOCK | A | Dividend | L | T | Buy | 07/20/18 | K | | |
| 67. FACEBOOK INC COMMON STOCK | | None | K | T | Buy | 07/20/18 | L | | |
| 68. MICRON TECHNOLOGY COMMON STOCK | | None | K | T | Buy | 07/20/18 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   MONEY MARKET OBLIG TR | D | Dividend | O | T | Buy | 09/11/18 | P1 | | |
| 70. | | | | | Sold<br>(part) | 11/26/18 | O | A | |
| 71.   GARTNER INC COMMON STOCK | | None | | | Buy | 11/30/18 | J | | |
| 72. | | | | | Sold | 12/19/18 | J | A | |
| 73.   OCH-ZFF OZD II PRIVATE INVESTORS<br>HEDGE FUND | D | Dividend | O | T | | | | | |
| 74.   XSPRADA CORP SER B CONV PFD | | None | M | T | | | | | |
| 75.   ALGEBRAIX DATA CORP | | None | N | T | | | | | |
| 76.   BELLEVILLE NORTH VENTURE-<br>BELLEVILLE, MI | A | Interest | L | U | | | | | |
| 77.   HUNTINGTON GARDEN APTS.OAK<br>PARK, MI | F | Rent | L | U | | | | | |
| 78.   HUNTINGTON GARDEN APTS. | F | Distribution | L | U | | | | | |
| 79.   LANCASTER HILLS APTS. CO.-<br>SOUTHFIELD, MI | F | Rent | M | U | | | | | |
| 80.   LANCASTER HILLS APTS. CO. | F | Distribution | M | U | | | | | |
| 81.   FRANKEL-NODLEHS- BLOOMFIELD<br>HILLS, MI | | None | K | U | | | | | |
| 82.   BLOOMFIELD VILLAGE SQUARE-<br>BLMFLD HILLS, MI | G | Distribution | J | U | | | | | |
| 83.   BLOOMFIELD VILLAGE SQUARE-<br>BLOOMFIELD HILLS, MI | G | Rent | J | U | | | | | |
| 84.   BLOOMFIELD VILLAGE SQUARE-<br>BLOOMFIELD HILLS, MI | A | Interest | J | U | | | | | |
| 85.   BLOOMFIELD VILLAGE SQUARE-<br>BLOOMFIELD HILLS, MI | B | Dividend | J | U | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  FERRIS PARK TOWERS-LANSING, MI | E | Rent | L | U | | | | | |
| 87.  FERRIS PARK TOWERS | A | Interest | L | U | | | | | |
| 88.  FERRIS PARK TOWERS | B | Dividend | L | U | | | | | |
| 89.  FERRIS PARK TOWERS | E | Distribution | L | U | | | | | |
| 90.  BELLEVILLE NORTH MARSH-BELLEVILLE, MI VENTURE-BELLEVILLE, MI | A | Rent | L | U | | | | | |
| 91.  DIXIE PROPERTIES | A | Interest | M | U | | | | | |
| 92.  DIXIE PROPERTIES-WATERFORD, MI | E | Rent | M | U | | | | | |
| 93.  DIXIE PROPERTIES | E | Distribution | M | U | | | | | |
| 94.  BLOOMFIELD PLAZA, LLC-BLOOMFIELD HILLS, MI | G | Rent | N | U | | | | | |
| 95.  BLOOMFIELD PLAZA, LLC | B | Interest | N | U | | | | | |
| 96.  BLOOMFIELD PLAZA, LLC | G | Distribution | N | U | | | | | |
| 97.  BPR OPERATING PARTNERSHIP-MULTI STATE | G | Rent | P2 | U | | | | | |
| 98.  BPR OPERATING PARTNERSHIP | E | Interest | P2 | U | | | | | |
| 99.  BPR OPERATING PARTNERSHIP | E | Dividend | P2 | U | | | | | |
| 100.  BPR OPERATING PARTNERSHIP | G | Distribution | P2 | U | | | | | |
| 101.  EATON NURSERY SALES-BIRMINGHAM, MI | E | Rent | K | U | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 102.  EATON NURSERY SALES | E | Distribution | K | U | | | | | |
| 103.  WOODFORD APT. HOTEL CO.-<br>BLOOMFIELD HILLS, MI | C | Rent | K | U | | | | | |
| 104.  WOODFORD APT. HOTEL CO. | C | Distribution | K | U | | | | | |
| 105.  NORTH HILL CENTER, LLC-<br>ROCHESTER, MI | F | Rent | N | U | | | | | |
| 106.  NORTH HILL CENTER, LLC. | A | Interest | N | U | | | | | |
| 107.  NORTH HILL CENTER, LLC | F | Distribution | N | U | | | | | |
| 108.  BLOOMFIELD PLAZA II LLC-<br>BLOOMFIELD HILLS, MI | A | Interest | J | U | | | | | |
| 109.  BLOOMFIELD PLAZA II LLC-<br>BLOOMFIELD HILLS, MI | F | Rent | J | U | | | | | |
| 110.  BLOOMFIELD PLAZA II LLC | F | Distribution | J | U | | | | | |
| 111.  DALLAS GROUP INVESTORS, LLC-<br>TEXAS | D | Distribution | J | U | | | | | |
| 112.  DALLAS GROUP INVESTORS, LLC | B | Rent | J | U | | | | | |
| 113.  MD ST & LOC FACS LN PUBLIC IMPS<br>BOND | A | Interest | K | T | | | | | |
| 114.  CENTRAL BUCKS PA SCHOOL BOND | D | Interest | M | T | | | | | |
| 115.  NY CITY TRANSITIONAL FIN AUTH<br>REV FUTURE TAX BOND | C | Interest | L | T | | | | | |
| 116.  FARGO, NORTH DAKOTA BOND | B | Interest | | | Matured | 05/01/18 | L | A | |
| 117.  MO STATE BOARD OF PUBLIC<br>SCHOOLS BOND | C | Interest | L | T | | | | | |
| 118.  JOHNSON CNTY KANSAS INTERNAL<br>IMPT UNLIMITED TAX BOND | C | Interest | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. CT STATE REVOLVING FD GEN REV BOND | C | Interest | L | T | | | | | |
| 120. SNOHMISH CNTY WA SCH DIST BOND | B | Interest | L | T | | | | | |
| 121. MEMPHIS TN REF-GEN UNLIMITED TAX BOND | B | Interest | L | T | | | | | |
| 122. RICHLAND WA WATERWORKS UTIL REV REF BOND | B | Interest | L | T | | | | | |
| 123. UNIV OF AL GEN REV BOND | B | Interest | L | T | | | | | |
| 124. NY STATE DORM AUTH ST PERS INC TAX REV REF-SER A BOND | B | Interest | L | T | | | | | |
| 125. MARSHALL MI SCHOOLS BOND DIST RFDG G/O BOND | C | Interest | L | T | | | | | |
| 126. FRANKFORT ELBERTA MI AREA SCHLS RFDG G/O UNLTD BOND | D | Interest | N | T | | | | | |
| 127. CONDOMINIUM-CHARLEVOIX,MI. | | None | M | W | | | | | |
| 128. ▨▨▨ HOLDINGS:(H) | | None | | | | | | | |
| 129. CATERPILLAR COMMON STOCK | A | Dividend | J | T | Buy (add'l) | 02/23/18 | J | | |
| 130. | | | | | Sold (part) | 04/25/18 | J | A | |
| 131. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 132. | | | | | Sold (part) | 08/01/18 | J | A | |
| 133. APPLE COMMON STOCK | B | Dividend | K | T | Buy (add'l) | 01/05/18 | K | | |
| 134. | | | | | Buy (add'l) | 02/23/18 | J | | |
| 135. | | | | | Sold (part) | 04/02/18 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 136. | | | | | Buy<br>(add'l) | 05/07/18 | K | | |
| 137. | | | | | Sold<br>(part) | 09/07/18 | K | D | |
| 138. | | | | | Sold<br>(part) | 10/23/18 | K | D | |
| 139. | | | | | Sold<br>(part) | 11/09/18 | J | C | |
| 140. | | | | | Sold<br>(part) | 11/16/18 | J | A | |
| 141. | | | | | Sold<br>(part) | 11/19/18 | J | D | |
| 142. COSTCO WHOLESALE COMMON STOCK | A | Dividend | K | T | Buy<br>(add'l) | 01/05/18 | J | | |
| 143. | | | | | Sold<br>(part) | 06/19/18 | J | A | |
| 144. | | | | | Sold<br>(part) | 09/28/18 | J | C | |
| 145. | | | | | Sold<br>(part) | 10/23/18 | J | C | |
| 146. SSGA US GOV M/M FUND | A | Dividend | L | T | | | | | |
| 147. WALT DISNEY COMMON STOCK | A | Dividend | K | T | Sold<br>(part) | 10/01/18 | J | A | |
| 148. AMERICAN WATER WORKS COMMON STOCK | A | Dividend | | | Sold<br>(part) | 02/05/18 | J | D | |
| 149. | | | | | Sold | 03/05/18 | J | D | |
| 150. VISA COMMON STOCK | A | Dividend | K | T | Sold<br>(part) | 04/02/18 | J | B | |
| 151. | | | | | Sold<br>(part) | 10/01/18 | J | C | |
| 152. | | | | | Sold<br>(part) | 10/23/18 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153.  FORD MOTOR CO COMMON STOCK | B | Dividend | | | Buy (add'l) | 01/05/18 | J | | |
| 154. | | | | | Sold (part) | 08/30/18 | J | A | |
| 155. | | | | | Sold (part) | 09/28/18 | J | A | |
| 156. | | | | | Sold | 10/01/18 | J | A | |
| 157.  HOME DEPOT COMMON STOCK | B | Dividend | K | T | Sold (part) | 02/05/18 | K | C | |
| 158. | | | | | Sold (part) | 06/21/18 | J | B | |
| 159. | | | | | Sold (part) | 10/09/18 | J | C | |
| 160. | | | | | Sold (part) | 09/28/18 | J | C | |
| 161.  ECOLAB INC COMMON STOCK | A | Dividend | | | Sold (part) | 02/05/18 | K | A | |
| 162. | | | | | Sold (part) | 05/11/18 | K | C | |
| 163. | | | | | Sold | 10/08/18 | K | D | |
| 164.  LOCKHEED MARTIN COMMON STOCK | B | Dividend | | | Sold | 01/22/18 | L | E | |
| 165.  AMAZON COMMON STOCK | | None | K | T | Buy (add'l) | 01/05/18 | K | | |
| 166. | | | | | Sold (part) | 02/08/18 | J | B | |
| 167. | | | | | Buy (add'l) | 02/23/18 | J | | |
| 168. | | | | | Sold (part) | 03/02/18 | K | C | |
| 169. | | | | | Sold (part) | 03/13/18 | K | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. | | | | | Buy (add'l) | 06/20/18 | K | | |
| 171. | | | | | Sold (part) | 08/01/18 | K | B | |
| 172. | | | | | Sold (part) | 10/23/18 | K | D | |
| 173. | | | | | Sold (part) | 11/16/18 | J | D | |
| 174. NETFLIX INC COMMON STOCK | | None | J | T | Sold (part) | 02/08/18 | J | C | |
| 175. | | | | | Sold (part) | 09/07/18 | J | D | |
| 176. | | | | | Sold (part) | 10/29/18 | J | D | |
| 177. | | | | | Sold (part) | 10/30/18 | J | C | |
| 178. | | | | | Sold (part) | 12/07/18 | J | B | |
| 179. US BANCORP COMMON STOCK | B | Dividend | K | T | Sold (part) | 09/28/18 | J | A | |
| 180. | | | | | Sold (part) | 10/01/18 | K | A | |
| 181. | | | | | Sold (part) | 10/18/18 | J | A | |
| 182. RAYTHEON CO COMMON STOCK | A | Dividend | J | T | Sold (part) | 02/08/18 | L | D | |
| 183. | | | | | Sold (part) | 03/02/18 | J | C | |
| 184. | | | | | Sold (part) | 05/01/18 | K | D | |
| 185. | | | | | Buy (add'l) | 06/27/18 | J | | |
| 186. | | | | | Sold (part) | 10/01/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. | | | | | Sold (part) | 12/20/18 | J | B | |
| 188.  ALPHABET INC. COMMON STOCK | None | K | T | | Buy (add'l) | 01/05/18 | J | | |
| 189. | | | | | Sold (part) | 02/08/18 | J | A | |
| 190. | | | | | Sold (part) | 04/02/18 | K | A | |
| 191. | | | | | Sold (part) | 04/19/18 | K | D | |
| 192. | | | | | Buy (add'l) | 05/22/18 | K | | |
| 193. | | | | | Buy (add'l) | 07/16/18 | J | | |
| 194. | | | | | Buy (add'l) | 07/19/18 | J | | |
| 195. | | | | | Buy (add'l) | 07/31/18 | J | | |
| 196. | | | | | Sold (part) | 09/07/18 | K | C | |
| 197. | | | | | Sold (part) | 09/28/18 | K | C | |
| 198. | | | | | Sold (part) | 11/01/18 | K | D | |
| 199.  FACEBOOK INC COMMON STOCK | None | | | | Sold (part) | 02/08/18 | J | C | |
| 200. | | | | | Sold (part) | 03/20/18 | J | A | |
| 201. | | | | | Sold (part) | 04/02/18 | K | C | |
| 202. | | | | | Sold (part) | 10/08/18 | J | C | |
| 203. | | | | | Sold (part) | 10/11/18 | J | C | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. | | | | | Sold (part) | 11/19/18 | J | B | |
| 205. | | | | | Sold | 12/19/18 | J | B | |
| 206. SHERWIN WILLIAMS INC. COMMON STOCK | A | Dividend | J | T | Sold (part) | 02/05/18 | K | B | |
| 207. | | | | | Sold (part) | 04/26/18 | K | C | |
| 208. | | | | | Sold (part) | 10/09/18 | J | C | |
| 209. NEXTERA ENERGY | | None | | | Sold | 01/05/18 | K | A | |
| 210. COMCAST CORP | A | Dividend | | | Buy (add'l) | 01/05/18 | J | | |
| 211. | | | | | Sold | 02/05/18 | K | D | |
| 212. PIONEER NAT RESOURCES COMMON STOCK | A | Dividend | J | T | Sold (part) | 02/08/18 | K | A | |
| 213. | | | | | Sold (part) | 09/28/18 | J | A | |
| 214. | | | | | Sold (part) | 11/20/18 | K | A | |
| 215. | | | | | Sold (part) | 12/28/18 | J | A | |
| 216. WEYERHAUSER REIT | A | Dividend | | | Sold (part) | 02/08/18 | J | A | |
| 217. | | | | | Sold | 08/01/18 | K | B | |
| 218. MEDTRONIC PLC COMMON STOCK | A | Dividend | J | T | Buy (add'l) | 02/23/18 | J | | |
| 219. | | | | | Buy (add'l) | 08/29/18 | J | | |
| 220. | | | | | Sold (part) | 09/07/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 221. | | | | | Sold<br>(part) | 09/28/18 | J | B | |
| 222. | | | | | Sold<br>(part) | 10/18/18 | J | A | |
| 223.  STRYKER CORP COMMON STOCK | A | Dividend | K | T | Sold<br>(part) | 04/25/18 | J | B | |
| 224. | | | | | Sold<br>(part) | 05/24/18 | J | B | |
| 225. | | | | | Sold<br>(part) | 09/25/18 | J | C | |
| 226. | | | | | Sold<br>(part) | 10/23/18 | J | B | |
| 227.  HONEYWELL INTL COMMON STOCK | A | Dividend | J | T | Sold<br>(part) | 02/08/18 | K | C | |
| 228. | | | | | Sold<br>(part) | 09/07/18 | K | B | |
| 229. | | | | | Sold<br>(part) | 10/23/18 | J | B | |
| 230. | | | | | Sold<br>(part) | 11/20/18 | J | C | |
| 231.  WASTE MANGEMENT COMMON<br>STOCK | A | Dividend | J | T | Buy<br>(add'l) | 01/05/18 | J | | |
| 232. | | | | | Sold<br>(part) | 09/07/18 | J | A | |
| 233. | | | | | Sold<br>(part) | 09/28/18 | J | B | |
| 234. | | | | | Sold<br>(part) | 10/01/18 | J | B | |
| 235. | | | | | Sold<br>(part) | 10/18/18 | J | B | |
| 236. | | | | | Sold<br>(part) | 10/25/18 | J | B | |
| 237.  MCDONALDS CORP COMMON STOCK | A | Dividend | J | T | Buy<br>(add'l) | 01/05/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 238. | | | | | Sold<br>(part) | 09/28/18 | K | A | |
| 239. | | | | | Sold<br>(part) | 10/18/18 | J | A | |
| 240. CONSTELLATION BRANDS CL A COMMON STOCK | A | Dividend | | | Buy<br>(add'l) | 01/05/18 | J | | |
| 241. | | | | | Sold<br>(part) | 08/24/18 | J | A | |
| 242. | | | | | Sold<br>(part) | 10/01/18 | J | A | |
| 243. | | | | | Sold<br>(part) | 10/23/18 | J | A | |
| 244. | | | | | Sold | 12/17/18 | J | A | |
| 245. DEVON ENERGY CORP COMMON STOCK | A | Dividend | | | Buy<br>(add'l) | 01/22/18 | J | | |
| 246. | | | | | Buy<br>(add'l) | 01/25/18 | J | | |
| 247. | | | | | Sold<br>(part) | 03/22/18 | J | A | |
| 248. | | | | | Sold<br>(part) | 04/02/18 | J | A | |
| 249. | | | | | Sold<br>(part) | 10/01/18 | J | A | |
| 250. | | | | | Sold<br>(part) | 10/23/18 | J | A | |
| 251. | | | | | Sold<br>(part) | 10/29/18 | J | A | |
| 252. | | | | | Sold | 11/20/18 | J | A | |
| 253. PHILLIPS 66 COMMON STOCK | A | Dividend | J | T | Buy<br>(add'l) | 01/05/18 | J | | |
| 254. | | | | | Sold<br>(part) | 02/08/18 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 255. | | | | | Sold (part) | 09/07/18 | J | A | |
| 256. | | | | | Sold (part) | 10/01/18 | J | A | |
| 257. | | | | | Sold (part) | 10/18/18 | J | A | |
| 258. CHUBB LTD COMMON STOCK | B | Dividend | | | Sold (part) | 09/07/18 | K | A | |
| 259. | | | | | Sold | 10/16/18 | K | A | |
| 260. SUNTRUST BANK INC COMMON STOCK | B | Dividend | J | T | Buy (add'l) | 01/05/18 | J | | |
| 261. | | | | | Sold (part) | 04/02/18 | J | A | |
| 262. | | | | | Sold (part) | 05/24/18 | K | C | |
| 263. | | | | | Buy (add'l) | 08/29/18 | J | | |
| 264. | | | | | Sold (part) | 09/07/18 | J | B | |
| 265. | | | | | Sold (part) | 10/23/18 | J | A | |
| 266. | | | | | Sold (part) | 12/17/18 | K | A | |
| 267. PROLOGIS INC REIT | A | Dividend | | | Buy (add'l) | 01/05/18 | J | | |
| 268. | | | | | Sold | 02/06/18 | K | A | |
| 269. GENERAL DYNAMICS CORP COMMON STOCK | A | Dividend | | | Sold (part) | 02/08/18 | J | A | |
| 270. | | | | | Sold | 04/27/18 | K | A | |
| 271. STANLEY BLACK & DECKER COMMON STOCK | | None | | | Sold | 01/10/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 272. UNION PACIFIC CORP COMMON STOCK | A | Dividend | | | Sold | 01/25/18 | K | D | |
| 273. MICROSOFT CORP COMMON STOCK | A | Dividend | K | T | Buy (add'l) | 01/05/18 | J | | |
| 274. | | | | | Sold (part) | 03/28/18 | K | B | |
| 275. | | | | | Sold (part) | 09/05/18 | J | B | |
| 276. | | | | | Sold (part) | 09/28/18 | J | C | |
| 277. | | | | | Sold (part) | 10/11/18 | J | B | |
| 278. | | | | | Sold (part) | 10/23/18 | J | B | |
| 279. | | | | | Sold (part) | 10/24/18 | J | A | |
| 280. | | | | | Sold (part) | 10/29/18 | J | A | |
| 281. NVIDIA CORP COMMON STOCK | | None | | | Buy (add'l) | 01/05/18 | J | | |
| 282. | | | | | Sold | 02/05/18 | K | D | |
| 283. SALESFORCE.COM INC COMMON STOCK | | None | J | T | Sold (part) | 09/28/18 | J | C | |
| 284. | | | | | Sold (part) | 10/01/18 | J | C | |
| 285. | | | | | Sold (part) | 11/16/18 | J | C | |
| 286. | | | | | Sold (part) | 12/07/18 | J | B | |
| 287. INTERNATIONAL PAPER CO COMMON STOCK | A | Dividend | | | Buy (add'l) | 01/05/18 | J | | |
| 288. | | | | | Sold | 08/01/18 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 289.   NUCOR CORP COMMON STOCK | A | Dividend | | | Buy<br>(add'l) | 01/05/18 | J | | |
| 290. | | | | | Sold<br>(part) | 02/08/18 | J | A | |
| 291. | | | | | Sold<br>(part) | 03/05/18 | K | C | |
| 292. | | | | | Sold<br>(part) | 04/02/18 | J | A | |
| 293. | | | | | Sold | 05/01/18 | J | B | |
| 294.   ACTIVATION BLIZZARD COMMON STOCK | | None | | | Buy | 08/01/18 | J | | |
| 295. | | | | | Buy<br>(add'l) | 08/29/18 | J | | |
| 296. | | | | | Buy<br>(add'l) | 09/24/18 | J | | |
| 297. | | | | | Sold<br>(part) | 10/18/18 | J | A | |
| 298. | | | | | Sold<br>(part) | 10/23/18 | J | A | |
| 299. | | | | | Sold | 11/16/18 | J | A | |
| 300.   ASTRA ZENECA COMMON STOCK | A | Dividend | | | Buy | 01/05/18 | K | | |
| 301. | | | | | Sold | 03/08/18 | K | A | |
| 302.   ALIBABA COMMON STOCK | | None | | | Buy | 02/15/18 | K | | |
| 303. | | | | | Sold | 09/05/18 | K | A | |
| 304.   BECKTON DICKINSON & CO COMMON STOCK | A | Dividend | J | T | Buy | 02/07/18 | J | | |
| 305. | | | | | Buy<br>(add'l) | 06/29/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 306. | | | | | Sold<br>(part) | 09/07/18 | K | B | |
| 307. | | | | | Sold<br>(part) | 10/23/18 | J | A | |
| 308.  HESS CORP COMMON STOCK | A | Dividend | | | Buy | 01/10/18 | J | | |
| 309. | | | | | Buy<br>(add'l) | 03/23/18 | J | | |
| 310. | | | | | Buy<br>(add'l) | 04/18/18 | J | | |
| 311. | | | | | Sold | 04/26/18 | K | A | |
| 312.  NORTHRUP GRUMMAN COMMON<br>STOCK | A | Dividend | | | Buy | 04/06/18 | J | | |
| 313. | | | | | Buy<br>(add'l) | 04/12/18 | K | | |
| 314. | | | | | Sold<br>(part) | 10/01/18 | K | A | |
| 315. | | | | | Sold | 10/23/18 | K | A | |
| 316.  PALO ALTO NETWORKS COMMON<br>STOCK | | None | J | T | Buy | 01/05/18 | J | | |
| 317.  DEERE & CO COMMON STOCK | | None | J | T | Buy | 12/28/18 | J | | |
| 318.  CONOCO PHILIPS COMMON STOCK | | None | J | T | Buy | 12/28/18 | J | | |
| 319.  ABBOTT LABS COMMON STOCK | | None | J | T | Buy | 12/07/18 | J | | |
| 320.  CONTINENTAL RESOURCES COMMON<br>STOCK | | None | J | T | Buy | 12/07/18 | J | | |
| 321.  ELI LILLY COMMON STOCK | | None | J | T | Buy | 12/07/18 | J | | |
| 322.  CHENIERE ENERGY INC COMMON<br>STOCK | | None | J | T | Buy | 11/01/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 323. VAIL RESORTS COMMON STOCK | None | | | | Buy | 10/16/18 | J | | |
| 324. | | | | | Buy (add'l) | 11/07/18 | J | | |
| 325. | | | | | Sold | 11/20/18 | J | A | |
| 326. OSHKOSH CORP COMMON STOCK | None | | | | Buy | 08/29/18 | J | | |
| 327. | | | | | Sold | 09/28/18 | J | A | |
| 328. TRANSOCEAN LTD COMMON STOCK | None | | | | Buy | 09/24/18 | J | | |
| 329. | | | | | Sold | 10/25/18 | J | A | |
| 330. PROSHARES ULTRA SHORT S&P 500 ETF | None | | | | Buy | 10/12/18 | K | | |
| 331. | | | | | Sold | 10/24/18 | K | B | |
| 332. | | | | | Buy | 10/26/18 | K | | |
| 333. | | | | | Sold | 10/29/18 | K | A | |
| 334. SPDR 5OO ETF | None | | | | Buy | 02/23/18 | K | | |
| 335. | | | | | Sold | 02/27/18 | K | A | |
| 336. SPOTIFY TECHNOLOGY SA COMMON STOCK | None | | | | Buy | 04/17/18 | J | | |
| 337. | | | | | Buy (add'l) | 05/10/18 | J | | |
| 338. | | | | | Buy (add'l) | 07/16/18 | J | | |
| 339. | | | | | Sold | 09/05/18 | K | B | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 340. TENCENT HOLDINGS LD COMMON STOCK | A | Dividend | | | Buy | 01/09/18 | J | | |
| 341. | | | | | Buy (add'l) | 02/23/18 | J | | |
| 342. | | | | | Buy (add'l) | 06/13/18 | J | | |
| 343. | | | | | Sold | 09/05/18 | J | A | |
| 344. TELEDOC HEALTH INC COMMON STOCK | | None | | | Buy | 08/07/18 | J | | |
| 345. | | | | | Buy (add'l) | 08/29/18 | J | | |
| 346. | | | | | Buy (add'l) | 09/25/18 | J | | |
| 347. | | | | | Sold (part) | 09/28/18 | J | A | |
| 348. | | | | | Sold (part) | 10/01/18 | J | A | |
| 349. | | | | | Buy (add'l) | 10/26/18 | J | | |
| 350. | | | | | Sold (part) | 11/16/18 | J | A | |
| 351. | | | | | Sold | 12/04/18 | J | A | |
| 352. UNITED HEALTH GROUP INC COMMON STOCK | A | Dividend | | | Buy | 06/13/18 | J | | |
| 353. | | | | | Buy (add'l) | 08/29/18 | J | | |
| 354. | | | | | Sold (part) | 09/28/18 | J | A | |
| 355. | | | | | Sold | 10/18/18 | J | A | |
| 356. XYLEM INC COMMON STOCK | A | Dividend | | | Buy | 03/21/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 357. | | | | | Buy (add'l) | 03/27/18 | J | | |
| 358. | | | | | Sold (part) | 09/28/18 | J | A | |
| 359. | | | | | Sold (part) | 10/23/18 | J | A | |
| 360. | | | | | Sold | 12/06/18 | J | A | |
| 361.  HEICO CORP COMMON STOCK | | None | | | Buy | 10/16/18 | J | | |
| 362. | | | | | Sold | 10/23/18 | J | A | |
| 363.  LIVE NATION COMMON STOCK | | None | | | Buy | 02/15/18 | J | | |
| 364. | | | | | Buy (add'l) | 02/23/18 | J | | |
| 365. | | | | | Buy (add'l) | 03/05/18 | J | | |
| 366. | | | | | Buy (add'l) | 07/12/18 | J | | |
| 367. | | | | | Buy (add'l) | 08/29/18 | J | | |
| 368. | | | | | Sold | 09/07/18 | K | B | |
| 369.  JOHNSON &JOHNSON BOND | D | Interest | M | T | | | | | |
| 370.  COCA COLA CO BOND | A | Interest | | | Sold | 01/11/18 | K | A | |
| 371.  MICROSOFT CORP BOND | A | Interest | | | Sold | 11/02/18 | K | A | |
| 372.  AT&T INC BOND | B | Interest | | | Sold | 11/27/18 | K | A | |
| 373.  MCDONALDS CORP BOND | C | Interest | | | Sold (part) | 04/02/18 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 374. | | | | | Matured | 12/07/18 | M | A | |
| 375. TEXAS INSTRUMENTS INC BOND | A | Interest | L | T | | | | | |
| 376. BERKSHIRE HATHAWAY INC BOND | A | Interest | | | Sold | 07/17/18 | K | A | |
| 377. BORG WARNER INC BOND | B | Interest | | | Sold | 04/02/18 | L | A | |
| 378. BERKSHIRE HATHAWAY BOND | B | Interest | M | T | | | | | |
| 379. BORG WARNER INC BOND | C | Interest | | | Buy | 02/07/18 | M | | |
| 380. | | | | | Sold | 09/28/18 | M | A | |
| 381. FORD MOTOR CREDIT CO LLC BOND | A | Interest | | | Buy | 09/13/18 | L | | |
| 382. | | | | | Sold | 10/11/18 | L | A | |
| 383. FORD MOTOR CREDIT CO LLC BOND | A | Interest | | | Buy | 09/17/18 | K | | |
| 384. | | | | | Sold | 10/01/18 | K | A | |
| 385. MERCK SHARP & DOHME CORP BOND | B | Interest | | | Buy | 03/14/18 | L | | |
| 386. | | | | | Sold | 12/13/18 | L | A | |
| 387. CHEVRON CORP BOND | B | Interest | M | T | Buy | 03/13/18 | M | | |
| 388. EXXON MOBIL CORP BOND | A | Interest | L | T | Buy | 10/25/18 | L | | |
| 389. COCO COLA CO BOND | B | Interest | L | T | Buy | 05/31/18 | L | | |
| 390. KROGER CO BOND | A | Interest | K | T | Buy | 12/13/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 391.  BERKSHIRE HATHAWAY BOND | A | Interest | K | T | Buy | 05/22/18 | K | | |
| 392.  CHEVRON CORP BOND | A | Interest | K | T | Buy | 03/07/18 | K | | |
| 393.  MEDTRONIC INC BOND | B | Interest | L | T | Buy | 03/29/18 | L | | |
| 394.  APPLE INC BOND | A | Interest | L | T | Buy | 10/25/18 | L | | |
| 395.  COCA COLA CO BOND | A | Interest | L | T | Buy | 03/29/18 | L | | |
| 396.  MERCK & CO INC BOND | A | Interest | L | T | Buy | 12/12/18 | L | | |
| 397.  WALT DISNEY CO BOND | A | Interest | K | T | Buy | 12/13/18 | K | | |
| 398.  CISCO SYSTEMS BOND | A | Interest | L | T | Buy | 12/11/18 | L | | |
| 399.  PROCTER & GAMBLE CO BOND | A | Interest | K | T | Buy | 12/11/18 | K | | |
| 400.  BERKSHIRE HATHAWAY BOND | A | Interest | K | T | Buy | 11/06/18 | K | | |
| 401.  US TREASURY NOTES | | None | | | Sold | 01/05/18 | L | A | |
| 402.  US TREASURY NOTES | C | Interest | O | T | Buy | 01/05/18 | O | | |
| 403.  US TREASURY NOTES | A | Interest | M | T | Buy | 11/23/18 | M | | |
| 404.  US TREASURY NOTES | A | Interest | L | T | Buy | 11/28/18 | K | | |
| 405.  MERCURY PLAZA SHOPPING CENTER-<br>MI | | None | K | U | | | | | |
| 406.  CG&A CENTRAL MALL-LAWTON, OK | A | Rent | | | Closed | 12/31/18 | J | A | |
| 407.  CG&a CENTRAL MALL-LAWTON, OK | A | Interest | | | Closed | 12/31/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 408. LPC INVESTMENTS, LLC | F | Interest | P1 | U | | | | | |
| 409. LPC INVESTMENTS, LLC | B | Dividend | P1 | U | | | | | |
| 410. LPC ENTERPRISES | | None | J | U | | | | | |
| 411. 260 E BROWN ST ASSOC-<br>BIRMINGHAM, MI | C | Rent | J | U | | | | | |
| 412. 260 E BROWN ST ASSOC | C | Distribution | J | U | | | | | |
| 413. 260 E BROWN ST ASSOC | A | Interest | J | U | | | | | |
| 414. JACKSON OVERLAND-MS | A | Rent | J | U | | | | | |
| 415. JACKSON OVERLAND-MS | A | Interest | J | U | | | | | |
| 416. BAMAR GROUP-NY | A | Rent | J | U | | | | | |
| 417. BAMAR GROUP | A | Interest | J | U | | | | | |
| 418. CHELSMFORD-MA | A | Rent | J | U | | | | | |
| 419. CHELSMFORD | D | Distribution | J | U | | | | | |
| 420. DALLAS GRP INVESTORS, LLC-TX | C | Distribution | J | U | | | | | |
| 421. DALLAS GRP INVESTORS-TX | A | Rent | J | U | | | | | |
| 422. GL PODS ASSOC LLC-MI | B | Rent | J | U | | | | | |
| 423. GL PODS ASSOC LLC-MI | E | Distribution | J | U | | | | | |
| 424. GL PODS ASSOC LLC-MI | A | Interest | J | U | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 425. THE PICKLE RECIPE LLC-MI | A | Interest | J | U | | | | | |
| 426. ROCO MI INVESTORS LLC-MI | A | Rent | K | U | | | | | |
| 427. ROCO MI INVESTORS LLC-MI | A | Interest | K | U | | | | | |
| 428. ROCO MI INVESTORS LLC-MI | D | Distribution | K | U | | | | | |
| 429. ROCO KNOXVILLE POINTE LLC-DUNLAP, IL | A | Rent | K | U | | | | | |
| 430. ROCO KNOXVILLE POINTE LLC-DUNLAP, IL | D | Distribution | K | U | | | | | |
| 431. ROCO QUAIL CREEK LLC-AMELIA, OH | A | Rent | K | U | | | | | |
| 432. ROCO QUAIL CREEK LLC-AMELIA, OH | A | Interest | K | U | | | | | |
| 433. ROCO QUAIL CREEK LLC-AMELIA, OH | D | Distribution | K | U | | | | | |
| 434. ROCO GALLOWAY VILLAGE INVESTORS LLC-COLUMBUS OH | A | Rent | K | U | Buy | 02/02/18 | K | | |
| 435. ROCO GALLOWAY VILLAGE INVESTORS LLC-COLUMBUS OH | A | Interest | K | U | | | | | |
| 436. ROCO GALLOWAY VILLAGE INVESTORS LLC-COLUMBUS OH | C | Distribution | K | U | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| COHN, AVERN L. | 04/29/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII:

LINES 19 AND 20:  ON OCTOBER 31, 2018 PRAXAIR MERGED WITH LINDE PLC.  A U.S. SHAREHOLDER OF PRAXAIR COMMON STOCK RECOGNIZED GAIN IN THE AMOUNT EQUAL TO THE AMOUNT BY WHICH THE SUM OF THE FAIR MARKET VALUE OF THE LINDE PLC COMMON STOCK RECEIVED EXCEEEDS SUCH
      HOLDERS TAX BASIS IN THE HOLDER'S PRAXAIR COMMON STOCK.

      IN THE  CASE A U.S. SHAREHOLDER HAD A GAIN  WITH RESEPECT TO ALL OF SUCH U.S. HOLDER'S PRAXAIR SHARES EXCHANGED IN THE MERGER, THE AGGREGATE TAX BASIS  OF THE LINDE PLC COMMON STOCK RECEIVED IN THE MERGER WILL BE THE SAME AS THE FAIRMARKET VALUE
      OF SUCH LINDE PLC SHARES AS OF OCTOBER 31, 2018.

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/29/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ AVERN L. COHN**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544